No. 1441, Misc. CEPEDA v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 1445, Misc. MANN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1450, Misc. WILLIAMS v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 1456, Misc. PAUL v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1461, Misc. COX v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1467, Misc. MILLER v. GUTHRIE. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 1472, Misc. HARPER v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1481, Misc. WILLIAMS v. HOLMAN, WARDEN. Supreme Court of Alabama. Certiorari denied. Petitioner pro se. Richmond M. Flowers, Attorney General of Alabama, and John C. Tyson III, Assistant Attorney General, for respondent.

No. 1523, Misc. LAWRENSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox for the United States. Reported below: —— F. 2d ——.